**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **McClain Farms, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **23-20085** |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1  Don Jones Farm, Inc.**
Creditor's Name

**2434 Road Y**
**Reading, KS 66868**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**Unknown**
Last 4 digits of account number
**Unknown**
Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Cattle**

Describe the lien
**Security Interest**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown**    Column B: **Unknown**

---

**2.2  First Kentucky Bank**
Creditor's Name

**PO Box 367**
**Mayfield, KY 42066**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**02/05/2021**
Last 4 digits of account number
**Unknown**
Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Equipment**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **Unknown**    Column B: **$0.00**

---

| Debtor | **McClain Farms, Inc.** | Case number (if known) | **23-20085** |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Friona Industries, L.P.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Cattle** | | |

**500 S. Taylor Street, Suite 601**
**Amarillo, TX 79101**
Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
**Unknown**

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**Unknown**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Priest Cattle Company, Ltd** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Cattle** | | |

**899 Rosenthal Road**
**Lorena, TX 76655**
Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Rabo Agrifiance LLC** | **Describe debtor's property that is subject to a lien** | **$51,345,761.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **All real and personal property of Debtor** | | |

**14676 Outer 40 Road**
**Ste. 400**
**Chesterfield, MO 63017**
Creditor's mailing address

**Describe the lien**
**Mortgage, Security Interest**

**Is the creditor an insider or related party?**
☒ No

---

Debtor **McClain Farms, Inc.** Case number (if known) **23-20085**
Name

Creditor's email address, if known ☐ Yes
**Is anyone else liable on this claim?**
**Date debt was incurred** ☐ No
**Unkown** ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**edit**
**Do multiple creditors have an** **As of the petition filing date, the claim is:**
**interest in the same property?** Check all that apply
■ No ☐ Contingent
☐ Yes. Specify each creditor, ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.6 | **Rabo Agrifiance LLC** | **Describe debtor's property that is subject to a lien** | $187,867.00 | $0.00 |

Creditor's Name
**All real and personal property of Debtor**
**14676 Outer 40 Road**
**Ste. 400**
**Chesterfield, MO 63017**
Creditor's mailing address

**Describe the lien**
**Mortgage Security Interest**
**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known ☐ Yes
**Is anyone else liable on this claim?**
**Date debt was incurred** ☐ No
**Unknown** ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**oan1**
**Do multiple creditors have an** **As of the petition filing date, the claim is:**
**interest in the same property?** Check all that apply
■ No ☐ Contingent
☐ Yes. Specify each creditor, ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.7 | **Rabo Agrifiance LLC** | **Describe debtor's property that is subject to a lien** | $179,476.00 | $0.00 |

Creditor's Name
**All real and personal property of Debtor**
**14676 Outer 40 Road**
**Ste. 400**
**Chesterfield, MO 63017**
Creditor's mailing address

**Describe the lien**
**Mortgage Security Interest**
**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known ☐ Yes
**Is anyone else liable on this claim?**
**Date debt was incurred** ☐ No
**Unknown** ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**oan2**
**Do multiple creditors have an** **As of the petition filing date, the claim is:**
**interest in the same property?** Check all that apply
■ No ☐ Contingent
☐ Yes. Specify each creditor, ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.8 | **Rabo Agrifiance LLC** | **Describe debtor's property that is subject to a lien** | $898,720.00 | $0.00 |

| Debtor | **McClain Farms, Inc.** | Case number (if known) | **23-20085** |
|---|---|---|---|
| | Name | | |

| Creditor's Name | |
|---|---|
| **14676 Outer 40 Road** | **All real and personal property of Debtor** |
| **Ste. 400** | |
| **Chesterfield, MO 63017** | |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Mortgage Security** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **Unknown** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **oan3** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $52,611,824.00

### Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Michael Johnson**<br>**Ray Quinney and Nebeker, P.C.**<br>**36 South State Street**<br>**Suite 1400**<br>**Salt Lake City, UT 84111** | Line **2.5** | |