



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 27, 2023

_____
**United States Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| MCCLAIN FEED YARD, INC. | § | CASE NO. 23-20084-RLJ-7 |
| Debtor. | § | |
| IN RE: | § | |
| MCCLAIN FARMS, INC. | § | CASE NO. 23-20085-RLJ-7 |
| Debtor. | § | |
| IN RE: | § | |
| 7M CATTLE FEEDERS, INC. | § | CASE NO. 23-20086-RLJ-7 |
| Debtor. | § | |

## ORDER GRANTING JOINT ADMINISTRATION OF CASES

COMES NOW the Motion of Trustee for an Order (1) Directing Joint Administration Pursuant to Bankruptcy Rule 1015(b); and (2) Waiving Requirements of Bankruptcy Code Section 342(c)(1) and Bankruptcy Rules 1005 and 2002(n) with Shortened Notice (the "Motion"), which was filed by Kent Ries, the case trustee ("Trustee").  This Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. §157(b); that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; that due and proper notice of the Motion has been provided to the necessary parties; that no other or further notice need be provided; that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors, and all parties in interest; that joint administration would serve judicial economy and is appropriate under Rule 1015; that the Trustee has established just cause for the relief requested in the Motion; and that the Court after due deliberation finds sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the above three captioned cases are consolidated for procedural purposes only, and nothing contained in this Order shall be deemed or construed as directing a substantive consolidation of the above captioned cases; and it is further

ORDERED that the above three captioned cases shall be jointly administered under the case number assigned to MCCLAIN FEED YARD, INC., Case No. 23-20084-RLJ; and it is further

ORDERED that the caption in all pleadings and orders filed shall read as follows:

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MCCLAIN FEED YARD, INC., et al.,**[1] | § | **CASE NO. 23-20084-RLJ-7** |
| | § | |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

and it is further

ORDERED that all docket entries of such pleadings and orders shall be made in the case of MCCLAIN FEED YARD, INC.; and it is further

ORDERED that a docket entry shall be made in the other two Debtors' Chapter 7 cases substantially as follows:

> An Order has been entered in this case directing joint administration of this case with the Chapter 7 bankruptcy case of MCCLAIN FEED YARD, INC., Case No. 23-20084-RLJ solely for procedural purposes. The docket for MCCLAIN FEED YARD, INC. should be consulted for all matters affecting this case.

ORDERED that each of the Debtors shall file separate Schedules of Assets and Liabilities and Statements of Financial Affairs in the specific case for which they are applicable; and it is further

ORDERED that all proofs of claim filed by creditors of any of the Debtors shall reflect the caption and case number of the specific Debtor to which the claim relates, and a creditor of more than one estate shall file and docket a proof of claim in each case to which a claim may be made, but only in the amount which the creditor may make a claim against that estate; and it is further

ORDERED that separate claims registers shall be maintained for each of the Debtors; and it is further

ORDERED that parties may request joint hearings on matters pending in any of the jointly administered cases; and it is further

ORDERED that the requirement that the Debtors include their full tax identification numbers in pleading captions is hereby waived; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

### ### End of Order ###

Prepared By:

Kent Ries, Attorney at Law
State Bar No.  16914050
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE