# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 12-1

**Case No.:** 23-20085  
**Case Name:** MCCLAIN FARMS, INC.  
**For Period Ending:** 09/30/2023

**Trustee Name:** (631700) Kent Ries  
**Date Filed (f) or Converted (c):** 04/28/2023 (f)  
**§ 341(a) Meeting Date:** 06/14/2023  
**Claims Bar Date:** 09/13/2023

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | USDA Funds (u) | 0.00 | 0.00 | | 1,638,772.29 | 0.00 |
| 2 | Insurance refunds (u) | 0.00 | 0.00 | | 2,461.70 | FA |
| 3 | Checking Account Account at Chase Bank, Scottsdale, AZ, xxxxxx5021 | 195,619.00 | 195,619.00 | | 80,010.70 | FA |
| 4 | Savings Account Account at Chase Bank, Scottsdale, AZ, xxxxxx2180 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Unknown Account at Community Financial Services Bank Benton, KY, | Unknown | Unknown | | 0.00 | FA |
| 6 | Tarbox Retainer: $50,000.00 CFO Solutions/Ampleo Retainer: $50,000 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Accounts Receivables | Unknown | Unknown | | 0.00 | FA |
| 8 | John Deere 741 Self-Leveling Tractor with front bucket | 350,000.00 | 350,000.00 | | 0.00 | FA |
| 9 | Kubota M7-152 Tractor | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Caterpillar WA 200 PZ Tractor with bucket | 0.00 | 0.00 | | 0.00 | FA |
| 11 | International 1086 Tractor (questionable operating condition) | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Tractor add-on: Model M3874 Orange Bucket | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Tractor add-on: John Deere S69 MegaWidePlus | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Tractor add-on: 2575 Legend Mower | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Tractor add-on: Rhino Mower | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Kubota SVL-75-2 Skid Steer with bucket | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Caterpillar 259D3 Skid Steer with bucket | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 5 add-ons for skid steers including, buckets, forks, etc. | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 4 x 4: Polaris Ranger (Blue/Black - operating) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 20 | International Harvester 575H Feed Truck | 0.00 | 0.00 | | 0.00 | FA |
| 21 | White Tractor/ Truck Cab - unknown brand (questionable condition) | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 12-2

**Case No.:** 23-20085  
**Case Name:** MCCLAIN FARMS, INC.  
**For Period Ending:** 09/30/2023

**Trustee Name:** (631700) Kent Ries  
**Date Filed (f) or Converted (c):** 04/28/2023 (f)  
**§ 341(a) Meeting Date:** 06/14/2023  
**Claims Bar Date:** 09/13/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | Gooseneck Cattle Trailer | 0.00 | 0.00 | | 0.00 | 0.00 |
| 23 | PJ Flatbed Trailer | 0.00 | 0.00 | | 0.00 | 0.00 |
| 24 | Undyed Diesel Fuel Tank | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Dyed Diesel Fuel Tank | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Bobcat/Miller Welder Generator (2) | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Titan 7500 Diesel Generator | 0.00 | 0.00 | | 0.00 | FA |
| 28 | Unbranded Compressors (2) | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Rice Lake Livestock Scale | 0.00 | 0.00 | | 0.00 | FA |
| 30 | Cattle Squeeze Chute/Head Gate - unknown brand | 0.00 | 0.00 | | 0.00 | FA |
| 31 | Tools | 0.00 | 0.00 | | 0.00 | FA |
| 31 | **Assets Totals** (Excluding unknown values) | **$545,619.00** | **$545,619.00** | | **$1,721,244.69** | **$0.00** |

**Major Activities Affecting Case Closing:**

Venue transfer motion by third party in progress. Assets and claims for USDA dealer trust in process of determination and payment.

Multiple potential claims in ponzi scheme and other fraudulent activity being investigated by special counsel and forensic accountants.

**Initial Projected Date Of Final Report (TFR):** 12/31/2026  
**Current Projected Date Of Final Report (TFR):** 12/31/2026

10/18/2023  
Date

/s/Kent Ries  
Kent Ries