# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page:  7-1

**Case No.:**   23-20085

**Case Name:**   MCCLAIN FARMS, INC.

**For Period Ending:**   03/31/2025

**Trustee Name:**   (631700) Kent Ries

**Date Filed (f) or Converted (c):**   04/28/2023 (f)

**§ 341(a) Meeting Date:**   06/14/2023

**Claims Bar Date:**   09/13/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | USDA Funds (u) | 0.00 | 0.00 | | 1,638,772.29 | 0.00 |
| 2 | Insurance refunds (u) | 0.00 | 0.00 | | 2,461.70 | FA |
| 3 | Checking Account Account at Chase Bank, Scottsdale, AZ, xxxxxx5021 | 195,619.00 | 195,619.00 | | 80,010.70 | FA |
| 4 | Savings Account Account at Chase Bank, Scottsdale, AZ, xxxxxx2180 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Unknown Account at Community Financial Services Bank Benton, KY, | Unknown | 0.00 | | 0.00 | FA |
| 6 | Tarbox Retainer: $50,000.00 CFO Solutions/Ampleo Retainer: $50,000 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Accounts Receivables | Unknown | 0.00 | | 0.00 | FA |
| 8 | John Deere 741 Self-Leveling Tractor with front bucket | 350,000.00 | 350,000.00 | | 0.00 | FA |
| 9 | Kubota M7-152 Tractor | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Caterpillar WA 200 PZ Tractor with bucket | 0.00 | 0.00 | | 0.00 | FA |
| 11 | International 1086 Tractor (questionable operating condition) | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Tractor add-on: Model M3874 Orange Bucket | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Tractor add-on: John Deere S69 MegaWidePlus | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Tractor add-on: 2575 Legend Mower | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Tractor add-on: Rhino Mower | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Kubota SVL-75-2 Skid Steer with bucket | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Caterpillar 259D3 Skid Steer with bucket | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 5 add-ons for skid steers including, buckets, forks, etc. | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 4 x 4: Polaris Ranger (Blue/Black - operating) | 0.00 | 0.00 | | 0.00 | FA |
| 20 | International Harvester 575H Feed Truck | 0.00 | 0.00 | | 0.00 | FA |
| 21 | White Tractor/ Truck Cab - unknown brand (questionable condition) | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:  7-2

**Case No.:**  23-20085

**Case Name:**  MCCLAIN FARMS, INC.

**For Period Ending:**  03/31/2025

**Trustee Name:**  (631700) Kent Ries

**Date Filed (f) or Converted (c):**  04/28/2023 (f)

**§ 341(a) Meeting Date:**  06/14/2023

**Claims Bar Date:**  09/13/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | Gooseneck Cattle Trailer | 0.00 | 0.00 | | 0.00 | FA |
| 23 | PJ Flatbed Trailer | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Undyed Diesel Fuel Tank | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Dyed Diesel Fuel Tank | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Bobcat/Miller Welder Generator (2) | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Titan 7500 Diesel Generator | 0.00 | 0.00 | | 0.00 | FA |
| 28 | Unbranded Compressors (2) | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Rice Lake Livestock Scale | 0.00 | 0.00 | | 0.00 | FA |
| 30 | Cattle Squeeze Chute/Head Gate - unknown brand | 0.00 | 0.00 | | 0.00 | FA |
| 31 | Tools | 0.00 | 0.00 | | 0.00 | FA |
| **31** | **Assets          Totals**     (Excluding unknown values) | **$545,619.00** | **$545,619.00** | | **$1,721,244.69** | **$0.00** |

**Major Activities Affecting Case Closing:**

Assets and claims for USDA dealer trust in process of determination and payment.

Multiple adversaries in process.

**Initial Projected Date Of Final Report (TFR):**       12/31/2026

**Current Projected Date Of Final Report (TFR):**       12/31/2026

04/22/2025

Date

/s/Kent Ries

Kent Ries